# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

DAVID SALEWSKE,

        PLAINTIFF,

V.

TROTT & TROTT, PC,

        DEFENDANT.

Case No.: 1:14-CV-13980-TLL-PTM
Hon. Thomas L. Ludington
Mag. Judge Patricia T. Morris

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

                                            s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: November 30, 2015

Stipulated and Agreed:

| | |
|---|---|
| /s/ Brian P. Parker (w/consent) | /s/ Charity A. Olson |
| Brian P. Parker (P48617) | Charity A. Olson (P68295) |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| 2000 Town Center, Ste. 1900 | 2723 S. State St., Ste. 150 |
| Southfield, MI 48502 | Ann Arbor, MI 48104 |
| Tel: (248) 642-6268 | Tel: (734) 222-5179 |
| brianparker@collectionstopper.com | colson@olsonlawpc.com |

Dated: November 24, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 30, 2015.

s/Michael A. Sian
MICHAEL A. SIAN, Case Manager